## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

RAYMOND TERRELL,          )
                                 )
             **Plaintiff**       )
                                 )
**v.**                             )     **Case No. CIV-11-696-R**
                                 )
**H.A. LEDEZMA, Warden,** *et al.,*   )
                                 )
           **Defendants.**   )

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On June 21, 2011, Judge Bacharach ordered Plaintiff to pay the partial filing fee or demonstrate good cause for failing to do so. Plaintiff did not respond to Judge Bacharach's order, resulting in a July 19, 2011 Report and Recommendation wherein Judge Bacharach recommended dismissal of this action prejudice in light of Plaintiff's failure to pay the partial filing fee. Plaintiff has not paid the filing fee, objected to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted in its entirety, and this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 10th day of August 2011.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE